# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Damon Lee Adler** DOB: 1979; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. 21-07437MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 14, 2021, in the District of Arizona, **Damon Lee Adler**, knowing and in reckless disregard of the fact that certain illegal aliens, including Dany Alberto Galicia-Gonzalez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 14, 2021, in the District of Arizona, United States Border Patrol Agents (BPA) were conducting vehicle operations near the Federal Route (FR) 15 immigration checkpoint. BPAs were notified via radio traffic of a suspicious truck parked on the side of the road on FR-42. BPAs observed a truck matching the description traveling north on Federal Route 42 onto Stanfield Road. BPAs ran a registration check on the vehicle which returned to an address in Buckeye, Arizona. BPAs attempted to conduct a vehicle stop and the vehicle failed to yield and continued traveling north on Stanfield Rd. The vehicle then turned into the desert from Stanfield Rd and came to a stop. BPAs observed several subjects wearing camouflage clothing exit the rear seat of the vehicle and attempt to flee into the desert. The vehicle then continued north, off road, attempting to flee. Responding BPAs apprehended five subjects in the area where they were seen exiting the vehicle. All five of the subjects admitted they were in the U.S. illegally, including Dany Alberto Galicia-Gonzalez.

BPAs continued the pursuit of the vehicle which came to a stop after running through a chain link fence that surrounded an elementary school near Stanfield, Arizona. The driver **Damon Lee Adler** exited the driver's side of the vehicle, and began walking towards BPAs and shouted, "shoot me, shoot." After ignoring BPA's commands, **Adler** then attempted to run toward the school. BPAs pursued on foot and apprehended **Adler**. BPAs discovered that there were several children and adults on the school grounds playing in a soccer field approximately 200 yards north of where the vehicle broke through the fence of the elementary school.

Material witness Dany Alberto Galicia-Gonzalez said he had arranged to be smuggled into the United States for money. Galicia admitted that he crossed the U.S. border illegally with other people. Galicia said that they had a guide that took them to the load up location. Galicia said that a black truck stopped in front of them, the group ran, and got inside. Galicia said that the driver had facial hair and a hat. Galicia said that the driver didn't speak Spanish and they continued driving. When they noticed the police behind them, the driver stopped and told them to get out and run. Records checks revealed that Galicia did not have the proper immigration documentation to enter or remain in the U.S. legally. Galicia was previously removed from the U.S. on December 15, 2015.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Dany Alberto Galicia-Gonzalez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/ri<br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Taskforce Officer/HSI |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE<br>Jacqueline M. Rateau<br><sup>1)</sup> See Federal rules of Criminal Procedure Rules 3, 4.1, and 54 | DATE<br>September 15, 2021 |